UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
DEBORAH L. BOARDMAN
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0637
MDD_DLBChambers@mdd.uscourts.gov

July 17, 2023

RE:  *Bowie v. United States*
     DLB-22-2510

### MEMORANDUM TO COUNSEL

This memorandum confirms the trial date that has been set in this case, and it provides the schedule for this case and certain instructions relating to trial preparation.

| | |
|---|---|
| **Monday, February 5, 2024** | Deadline for Submitting any *Daubert* Motions |
| **Tuesday, February 20, 2024** | Deadline for Submitting any Responses in Opposition to *Daubert* Motions |
| **Tuesday, March 5, 2024** | Deadline for Submitting any Replies re *Daubert* Motions |
| **Tuesday, April 16, 2024 at 10 a.m.** | *Daubert* Hearing |
| **Tuesday, June 4, 2024** | Deadline for Submitting Motions *in Limine*, Joint Pretrial Order, and Exhibits |
| **Tuesday, June 11, 2024** | Deadline for Submitting Responses in Opposition to Motions *in Limine* |
| **Tuesday, June 25, 2024 at 10 a.m.** | Pretrial Conference |
| **Monday, July 22, 2024 at 9:00 a.m.** | 10-Day Bench Trial to Begin. The Court will not sit on Fridays. |

### Proposed Pretrial Order

The pretrial order must comply with all provisions of Local Rule 106. The purpose of this proposed order is to summarize what is established and what needs to be resolved at trial.

### Exhibits

In addition to the objections noted on the pretrial order, please be prepared to advise me at the pretrial conference of any unresolved objections to the documents and exhibits listed in the pretrial order in accordance with Local Rule 106.2(g).  Any objections not disclosed at that time, other than objections under Fed. R. Evid. 401 and 403, shall be deemed waived at trial, unless excused for good cause shown.  Fed. R. Civ. P. 26(a)(3).

All exhibits must be tagged and numbered prior to trial in accordance with Local Rule 106.7(a).  You must meet with one another prior to trial to review and make available for copying one another's exhibits in accordance with Local Rule 106.7(b).  The parties shall highlight the relevant portion(s) of any exhibit that is longer than three pages.

Copies of the parties' proposed exhibits must be in a three-ring binder.  The binder shall not be larger than three-inch rings; if more space is needed, the parties shall provide additional binder(s).  The parties should attempt to agree on the admissibility of all exhibits and inform the Court of those exhibits about which agreement cannot be reached.  Those exhibits will be discussed at the pretrial conference.  The parties should provide, in addition, impeachment exhibits each intends to offer into evidence at trial. Impeachment exhibits need not be disclosed to other parties.

At trial, you should not formally move exhibits into evidence.  Under Local Rule 107.5(b) they are admitted when they are first mentioned during the questioning of a witness unless the opposing part objects or unless the party mentioning them asks that they be marked for identification only.

### Motions in Limine

Motions in limine and responses in opposition should be submitted in informal letters of no more than three pages, single-spaced, for each discreet evidentiary issue.

### Guaranteeing Witness Availability

Absent emergency circumstances, a party will guarantee the presence at trial of any witness that party lists in the pretrial order, in accordance with Local Rule 106.2(i), as "expecting to present" at trial.

### Use of Courtroom Equipment

Please be prepared to advise me at the conference if you would like to use at trial any courtroom equipment.

Although informal, this is an Order of the Court and shall be docketed as such.

/S/
Deborah L. Boardman
United States District Judge